SLIP OP. 06-99
UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------x
NORSK HYDRO CANADA INC.,          :
                                  :
              Plaintiff,          :
                                  :
         v.                       :    Court No. 05-000585
                                  :    Before: Pogue, Judge
THE UNITED STATES,                :
                                  :
              Defendant           :
                                  :
     and                          :
                                  :
US MAGNESIUM LLC,                 :
                                  :
------------------------------x
```

OPINION

Defendant and Defendant-Intervenor move to dismiss Counts II-IV of Plaintiff's complaint under USCIT R. 12(b)(1) and 12(b)(5) for the reasons this court rejected in Norsk Hydro Canada Inc. v. United States, 28 CIT ___, 350 F. Supp. 2d 1172 (2004) (addressing a prior administrative review). Because the court has, in that prior decision, decided the question at issue here, the motions are denied.


June 30, 2006                          _____/s/_____
                                       New York, New York
                                       Donald C. Pogue, Judge